POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> CHARLES B. PERKINS <br> FLYNN, ROSE & PERKINS <br> 59 N. SANTA CRUZ AVE. SUITE Q <br> LOS GATOS, CA 95030 <br> TELEPHONE NO.: 408-399-4566   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court-Northern <br> STREET ADDRESS: 450 Golden Gate Ave. 16th Flr., Suite #1111 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Francisco, CA <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: GARY HATFIELD <br><br> DEFENDANT/RESPONDENT: HARTFORD LIFE GROUP INSURANCE COMPANY, ET AL | CASE NUMBER: <br> C07 03682 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 265261 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*:  SEE ATTACHMENT "A"

3. a. Party served *(specify name of party as shown on documents served)*:
      HARTFORD LIFE GROUP INSURANCE COMPANY, ET AL

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      BECKY DEGEORGE, AGENT FOR SERVICE FOR CSC LAWYERS INCORPORATED.

4. Address where the party was served: 2730 Gateway Oaks Drive #100
   Sacramento, Ca 95833

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/20/2007  (2) at *(time)*: 11:20AM
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* HARTFORD LIFE GROUP INSURANCE COMPANY, ET AL
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)                 ☑ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: Lisa M. Santos
   b. Address: **Professional Legal Services, Inc.**, P.O. Box 28404, San Jose, CA 95159
   c. Telephone number: 408-247-1574
   d. The fee for service was: $ $72.50
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 98-13
         (iii) County: SACRAMENTO

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 29, 2007

Lisa M. Santos                                               *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)