1  Thomas K. Hockel (SBN 172367)
   KELLY HERLIHY & KLEIN, LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.:  (415) 951-0535
   Fax:  (415) 391-7808
4  thockel@kelher.com

5  Attorneys for Defendants HARTFORD LIFE GROUP
   INSURANCE COMPANY and ALSIDE INC. EMPLOYEE
6  BENFIT PLAN

7

8                    UNITED STATED DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
    GARY HATFIELD,                     ) Case No.: C 07-03682 HRL
12                                     )
              Plaintiff,               ) **STIPULATION ENLARGING TIME FOR**
13                                     ) **FILING OF RESPONSE TO FIRST**
                                       ) **AMENDED COMPLAINT**
14       vs.                           )
                                       )
15  HARTFORD LIFE GROUP INSURANCE      )
    COMPANY, ALSIDE, INC. EMPLOYEE     )
16  BENFIT PLAN; and ASSOCIATED        )
    MATERIALS INCORPORATED dba         )
17  ALSIDE INC,                        )
                                       )
18                                     )
              Defendants.              )
19                                     )

20

STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO FIRST AMENDED COMPLAINT

Case No.: C-07-03682 HRL

1   Pursuant to Local Rule 6-1, plaintiff GARY HATFIELD ("Plaintiff") and defendants
2   HARTFORD LIFE GROUP INSURANCE COMPANY ("Hartford") and ALSIDE, INC.
3   EMPLOYEE BENEFIT PLAN ("the Plan") hereby stipulate that Hartford and the Plan's time
4   within which to answer or otherwise respond to Plaintiff's Complaint on file herein shall be and
5   hereby is further extended through and including October 1, 2007.
6   **IT IS SO STIPULATED.**

Dated: September 7, 2007          FLYNN, ROSE & PERKINS

                                  By _____
                                     Charles B. Perkins
                                     Attorneys for Plaintiff
                                     GARY HATFIELD

Dated: September 7, 2007          KELLY, HERLIHY & KLEIN LLP

                                  By _____
                                     Thomas K. Hockel
                                     Attorneys for Defendants
                                     HARTFORD LIFE GROUP INSURANCE
                                     COMPANY and ALSIDE, INC.
                                     EMPLOYEE BENEFIT PLAN

-1-
STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO FIRST AMENDED COMPLAINT
Case No.: C 07-03682 HRL