1  Thomas K. Hockel (SBN 172367)
   KELLY HERLIHY & KLEIN, LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  thockel@kelher.com

5  Attorneys for Defendants HARTFORD LIFE AND
   ACCIDENT INSURANCE COMPANY (the successor to
6  HARTFORD GROUP INSURANCE COMPANY,
   erroneously named herein)
7  and ALSIDE INC. EMPLOYEE
   BENFIT PLAN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HATFIELD,<br><br>                    Plaintiff,<br><br>         vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY, ALSIDE, INC. EMPLOYEE BENFIT PLAN; and ASSOCIATED MATERIALS INCORPORATED dba ALSIDE INC,<br><br>                    Defendants. | Case No.: C 07-03682 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Case No.: C-07-03682 HRL

1     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2     The undersigned party hereby declines to consent to the assignment of this case to a
3 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4 this case to a United States District Judge.

6                                    Respectfully submitted,

7 Dated: October 11, 2007         KELLY, HERLIHY & KLEIN LLP

10                                 By   /s/ Thomas K. Hockel
11                                     Thomas K. Hockel
                                      Attorneys for Defendants HARTFORD
12                                     LIFE AND ACCIDENT INSURANCE
                                      COMPANY (the successor to HARTFORD
13                                     GROUP INSURANCE COMPANY,
                                      erroneously named herein) and ALSIDE
                                      INC. EMPLOYEE BENFIT PLAN

-1-

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Case No.: C 07-03682 HRL