Thomas K. Hockel (SBN 172367)
KELLY HERLIHY & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@kelher.com

Attorneys for Defendants HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY (the successor to
HARTFORD GROUP INSURANCE COMPANY,
erroneously named herein)
and ALSIDE INC. EMPLOYEE
BENFIT PLAN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HATFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY, ALSIDE, INC. EMPLOYEE BENFIT PLAN; and ASSOCIATED MATERIALS INCORPORATED dba ALSIDE INC,<br><br>    Defendants. | Case No.: C 07-03682 HRL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California:* on the Court's ADR Internet site www.adr.cand.uscounts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 10, 2007    By _____
On Behalf of Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY (the successor to HARTFORD GROUP INSURANCE COMPANY, erroneously named herein) and ALSIDE INC. EMPLOYEE BENFIT PLAN

Dated: October 10, 2007    By _____
Counsel for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY (the successor to HARTFORD GROUP INSURANCE COMPANY, erroneously named herein) and ALSIDE INC. EMPLOYEE BENFIT PLAN

-1-

ADR CERTIFICATION BY PARTIES AND COUNSEL

Case No.: C 07-03682 HRL