UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Hatfield,<br><br>    Plaintiff,<br><br>  v.<br><br>Hartford Life Group Insurance Company, et.al,<br><br>    Defendants.<br>_____/ | No. C07-03682<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 23, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: October 12, 2007                        RICHARD W. WIEKING,
United States District Court

                                                 */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Thomas K. Hockel     thockel@kelher.com, aahn@kelher.com

Charles Balch Perkins     cbperk@earthlink.net, heathergibsoni@gmail.com