
# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

**October 11, 2007**

**CASE NUMBER: CV 07-03682 HRL**
**CASE TITLE: GARY HATFIELD-v-HARTFORD LIFE GROUP INSURANCE COMPANY, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/11/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects  
Log Book Noted                             Entered in Computer 10/11/07

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel                     Transferor CSA