**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HATFIELD,<br><br>       Plaintiff(s),<br><br>  v.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY, ET AL,<br><br>       Defendant(s).<br>_____/ | No. C 07-03682 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment a Case Management Conference has been set before Judge James Ware for **January 28, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by January 18, 2008.

Dated:  October 15, 2007

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk


                              by:  _____/s/_____
                                          Elizabeth Garcia
                                          Courtroom Deputy