1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   GARY HATFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HATFIELD,<br><br>   Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY; ALSIDE, INC. EMPLOYEE BENEFIT PLAN; ASSOCIATED MATERIALS INCORPORATED dba ALSIDE, INC.;<br><br>   Defendants. | Case No. C07 03682 JW<br><br>STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

WHEREAS, this matter is scheduled for an Initial Case Management Conference on January 28, 2008 at 10:00 a.m.

WHEREAS, the parties have agreed to mediate this case on February 22, 2008 at JAMS.

THEREFORE, to allow the Mediation to occur before the Initial Case Management Conference, the parties stipulate and request that the Initial Case Management Conference be continued from January 28, 2008 to March 24, 2008, or thereafter.

IT IS SO STIPULATED,

DATE: January 16, 2008                   FLYNN, ROSE & PERKINS

                                         By _____
                                         CHARLES B. PERKINS
                                         Attorney for Plaintiff
                                         GARY HATFIELD

1  DATE: January 16, 2008              KELLY, HERLIHY & KLEIN
2
3                                      By _____
4                                      Thomas K. Hockel
                                       Attorney for Defendants Hartford Life and
5                                      Accident Insurance Company (the
                                       successor to Hartford Group Insurance
6                                      Company, erroneously named herein) and
                                       Alside Inc. Employee Benefit Plan
7
8
9  DATE: January   , 2008              GREEN & HUMBERT
10
11                                     By _____
                                       C. Mark Humbert
12                                     Attorney for Defendant Associated
                                       Materials, Inc. dba Alside Inc.
13
14
                                    ORDER
15
16     Based on the Stipulation of the parties, and good cause appearing, it is ordered that the
17 Initial Case Management Conference, currently scheduled for January 28, 2008, is hereby
18 rescheduled to _____. The parties shall file a Case Management
19 Conference Statement 10 days prior to the rescheduled Case Management Conference.
20     IT IS SO ORDERED.
21 DATE:
                                       _____
22                                     JAMES WARE, JUDGE,
                                       U.S. DISTRICT COURT
23
24
25
26
27
28

1
2  DATE: January , 2008           KELLY, HERLIHY & KLEIN
3
4                                 By_____
5                                 Thomas K. Hockel
                                  Attorney for Defendants Hartford Life and
6                                 Accident Insurance Company (the
                                  successor to Hartford Group Insurance
7                                 Company, erroneously named herein) and
                                  Alside Inc. Employee Benefit Plan
8
9  DATE: January 16, 2008
10
11                                GREEN & HUMBERT
12
13                                By_____
                                  C. Mark Humbert
14                                Attorney for Defendant Associated
                                  Materials, Inc. dba Alside Inc.
15
                                  ORDER

16    Based on the Stipulation of the parties, and good cause appearing, it is ordered that the
17 Initial Case Management Conference, currently scheduled for January 28, 2008, is hereby
18 rescheduled to _____ _____. The parties shall file a Case Management
19 Conference Statement 10 days prior to the rescheduled Case Management Conference.
20    IT IS SO ORDERED.
21 DATE:
22                                _____
                                  JAMES WARE, JUDGE,
23                                U.S. DISTRICT COURT
24
25
26
27
28

Page 2
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE