1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   GARY HATFIELD

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HATFIELD,<br><br>        Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY; ALSIDE, INC. EMPLOYEE BENEFIT PLAN; ASSOCIATED MATERIALS INCORPORATED dba ALSIDE, INC.;<br><br>        Defendants. | Case No. C07 03682 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

WHEREAS, this matter is scheduled for an Initial Case Management Conference on January 28, 2008 at 10:00 a.m.

WHEREAS, the parties have agreed to mediate this case on February 22, 2008 at JAMS.

THEREFORE, to allow the Mediation to occur before the Initial Case Management Conference, the parties stipulate and request that the Initial Case Management Conference be continued from January 28, 2008 to March 24, 2008, or thereafter.

IT IS SO STIPULATED,

DATE: January 16, 2008

FLYNN, ROSE & PERKINS

By _____
CHARLES B. PERKINS
Attorney for Plaintiff
GARY HATFIELD

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: January 16, 2008 | KELLY, HERLIHY & KLEIN |
| 3 | | |
| 4 | | By _____ |
| 5 | | Thomas K. Hockel |
| 6 | | Attorney for Defendants Hartford Life and Accident Insurance Company (the successor to Hartford Group Insurance Company, erroneously named herein) and Alside Inc. Employee Benefit Plan |
| 7 | | |
| 8 | | |
| 9 | DATE: January   , 2008 | GREEN & HUMBERT |
| 10 | | |
| 11 | | By _____ |
| 12 | | C. Mark Humbert<br>Attorney for Defendant Associated Materials, Inc. dba Alside Inc. |
| 13 | | |

## ORDER

Based on the Stipulation of the parties, and good cause appearing, it is ordered that the Initial Case Management Conference, currently scheduled for January 28, 2008, is hereby rescheduled to _____. The parties shall file a Case Management Conference Statement 10 days prior to the rescheduled Case Management Conference.

IT IS SO ORDERED.

DATE:

JAMES WARE, JUDGE,
U.S. DISTRICT COURT

DATE: January , 2008      KELLY, HERLIHY & KLEIN

By_____
Thomas K. Hoekel
Attorney for Defendants Hartford Life and Accident Insurance Company (the successor to Hartford Group Insurance Company, erroneously named herein) and Alside Inc. Employee Benefit Plan

DATE: January 16, 2008

GREEN & HUMBERT

By_____
C. Mark Humbert
Attorney for Defendant Associated Materials, Inc. dba Alside Inc.

## ORDER

Based on the Stipulation of the parties, and good cause appearing, it is ordered that the Initial Case Management Conference, currently scheduled for January 28, 2008, is hereby rescheduled to **March 10, 2008 at 10 A.M.** The parties shall file a Case Management Conference Statement 10 days prior to the rescheduled Case Management Conference.

IT IS SO ORDERED.

DATE: January 22, 2008

_____
JAMES WARE, JUDGE
United States District Judge

Page 2
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE