1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   GARY HATFIELD

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  GARY HATFIELD,                      ) Case No. C07 03682 JW
                                        )
10             Plaintiff,               )
                                        )
11 vs.                                  ) NOTICE OF CONDITIONAL SETTLEMENT,
                                        ) STIPULATION THAT CASE MANAGEMENT
12 HARTFORD LIFE GROUP INSURANCE        ) CONFERENCE BE TAKEN OFF CALENDAR
   COMPANY; ALSIDE, INC. EMPLOYEE       ) AND PROPOSED ORDER
13 BENEFIT PLAN; ASSOCIATED             )
   MATERIALS INCORPORATED dba           ) CMC:  March 10, 2008
14 ALSIDE, INC.;                        ) Time: 10 a.m.
                                        )
15             Defendants.              )
                                        )
16

17
        PLEASE TAKE NOTICE that all of the parties to this action, Plaintiff Gary Hatfield and
18
Defendants Hartford Life and Accident Insurance Company (formerly Hartford Group Insurance
19
Company), Alside Inc. Employee Benefit Plan and Associated Materials Incorporated dba Alside,
20
Inc. have agreed to a settlement of this action conditioned only on completion and execution of a
21
written Settlement Agreement and Stipulation for Dismissal, and performance of that agreement.
22
The parties will submit a Stipulation for Dismissal of the entire action with prejudice, following
23
the execution of the Settlement Agreement, which the parties estimate should be accomplished
24
within 45 days of the date of this notice.
25
        Therefore, the parties stipulate and request that the Case Management Conference,
26
currently scheduled for March 10, 2008 at 10:00 a.m., be taken off calendar.
27
28 ////

                                              Page 1
                          NOTICE OF CONDITIONAL SETTLEMENT

IT IS SO STIPULATED,

DATE: March 5, 2008

FLYNN, ROSE & PERKINS

By /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorney for Plaintiff
GARY HATFIELD

DATE: March 5, 2008

KELLY, HERLIHY & KLEIN

By /s/
THOMAS K. HOCKEL
Attorney for Defendants Hartford Life and Accident Insurance Company (the successor to Hartford Group Insurance Company, erroneously named herein) and Alside Inc. Employee Benefit Plan

DATE: March 5, 2008

GREEN & HUMBERT

By /s/
C. MARK HUMBERT
Attorney for Defendant Associated Materials, Inc. dba Alside Inc.

PROPOSED ORDER

Having reviewed the parties Notice of Conditional Settlement and Stipulation to take the Case Management Conference currently scheduled for 10:00 a.m. on March 10, 2008, off calendar, it is hereby ordered that the Case Management Conference is taken off calendar and that the parties are to file a Stipulation for Dismissal With Prejudice within 45 days of the date of this order.

IT IS SO ORDERED.

DATE: _____

JAMES WARE, JUDGE,
U.S. DISTRICT COURT

Page 2
NOTICE OF CONDITIONAL SETTLEMENT