1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff
   GARY HATFIELD

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

9  GARY HATFIELD,                        ) Case No. C07 03682 JW
                                         )
10         Plaintiff,                    )
                                         )
11  vs.                                  ) NOTICE OF CONDITIONAL SETTLEMENT,
                                         ) STIPULATION THAT CASE MANAGEMENT
12  HARTFORD LIFE GROUP INSURANCE        ) CONFERENCE BE TAKEN OFF CALENDAR
    COMPANY; ALSIDE, INC. EMPLOYEE       ) AND PROPOSED ORDER
13  BENEFIT PLAN; ASSOCIATED             )
    MATERIALS INCORPORATED dba           ) CMC:  March 10, 2008
14  ALSIDE, INC.;                        ) Time: 10 a.m.
                                         )
15         Defendants.                   )
                                         )

        PLEASE TAKE NOTICE that all of the parties to this action, Plaintiff Gary Hatfield and Defendants Hartford Life and Accident Insurance Company (formerly Hartford Group Insurance Company), Alside Inc. Employee Benefit Plan and Associated Materials Incorporated dba Alside, Inc. have agreed to a settlement of this action conditioned only on completion and execution of a written Settlement Agreement and Stipulation for Dismissal, and performance of that agreement. The parties will submit a Stipulation for Dismissal of the entire action with prejudice, following the execution of the Settlement Agreement, which the parties estimate should be accomplished within 45 days of the date of this notice.

        Therefore, the parties stipulate and request that the Case Management Conference, currently scheduled for March 10, 2008 at 10:00 a.m., be taken off calendar.

////

Page 1
NOTICE OF CONDITIONAL SETTLEMENT

IT IS SO STIPULATED,

DATE: March 5, 2008                FLYNN, ROSE & PERKINS

                                   By *(signature)*
                                   CHARLES B. PERKINS
                                   Attorney for Plaintiff
                                   GARY HATFIELD

DATE: March 5, 2008                KELLY, HERLIHY & KLEIN

                                   By *(signature)*
                                   THOMAS K. HOCKEL
                                   Attorney for Defendants Hartford Life and
                                   Accident Insurance Company (the
                                   successor to Hartford Group Insurance
                                   Company, erroneously named herein) and
                                   Alside Inc. Employee Benefit Plan

DATE: March 5, 2008                GREEN & HUMBERT

                                   By *(signature)*
                                   C. MARK HUMBERT
                                   Attorney for Defendant Associated
                                   Materials, Inc. dba Alside Inc.

*** **ORDER** ***

In light of the parties' Stipulation, the Court continues the Case Management Conference currently set for March 10, 2008 to **April 28, 2008 at 10 A.M.** If a Stipulated Dismissal is not on file before **April 21, 2008**, the parties shall file a Joint Statement on the same day updating the Court on the status of the parties' settlement efforts.

Dated: March 5, 2008            _____
                                JAMES WARE
                                United States District Judge

Page 2
NOTICE OF CONDITIONAL SETTLEMENT