1  Thomas K. Hockel (SBN 172367)
   KELLY HERLIHY & KLEIN, LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax:  (415) 391-7808
4  thockel@kelher.com

5  Attorneys for Defendants HARTFORD LIFE GROUP
   INSURANCE COMPANY and ALSIDE INC. EMPLOYEE
6  BENFIT PLAN

7

8                    UNITED STATED DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | GARY HATFIELD,                        ) Case No.: C 07-03682 HRL
12 |                                       )
   |         Plaintiff,                    ) **STIPULATION AND REQUEST FOR**
13 |                                       ) **DISMISSAL; [PROPOSED] ORDER**
14 |    vs.                                )
   |                                       )
15 | HARTFORD LIFE GROUP INSURANCE         )
   | COMPANY, ALSIDE, INC. EMPLOYEE        )
16 | BENFIT PLAN; and ASSOCIATED           )
   | MATERIALS INCORPORATED dba            )
17 | ALSIDE INC,                           )
18 |                                       )
   |         Defendants.                   )
19 |                                       )
20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER

Case No.: C-07-03682 HRL

The parties, by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: March 27, 2008         FLYNN, ROSE & PERKINS

By:  /s/Charles B. Perkins
     Charles B. Perkins
     Attorneys for Plaintiff
     GARY HATFIELD

Dated: March 27, 2008         KELLY, HERLIHY & KLEIN LLP

By:  /s/Thomas K. Hockel
     Thomas K. Hockel
     Attorneys for Defendants
     HARTFORD LIFE GROUP
     INSURANCE COMPANY and
     ALSIDE, INC. EMPLOYEE BENEFIT
     PLAN

Dated: March 27, 2008         GREEN & HUMBERT

By: /s/C. Mark Humbert
     C. Mark Humbert
     Attorneys for Defendant
     ASSOCIATED MATERIALS
     INCORPORATED dba ALSIDE INC

## **ORDER**

In light of the parties' stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

Dated: _____    _____
                                  UNITED STATES DISTRICT JUDGE