Thomas K. Hockel (SBN 172367)
KELLY HERLIHY & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@kelher.com

Attorneys for Defendants HARTFORD LIFE GROUP INSURANCE COMPANY and ALSIDE INC. EMPLOYEE BENFIT PLAN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HATFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY, ALSIDE, INC. EMPLOYEE BENFIT PLAN; and ASSOCIATED MATERIALS INCORPORATED dba ALSIDE INC,<br><br>　　　　Defendants. | Case No.: C 07-03682 HRL<br><br>**STIPULATION AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: March 27, 2008        FLYNN, ROSE & PERKINS


By:  /s/Charles B. Perkins
Charles B. Perkins
Attorneys for Plaintiff
GARY HATFIELD


Dated: March 27, 2008        KELLY, HERLIHY & KLEIN LLP


By:  /s/Thomas K. Hockel
Thomas K. Hockel
Attorneys for Defendants
HARTFORD LIFE GROUP
INSURANCE COMPANY and
ALSIDE, INC. EMPLOYEE BENEFIT
PLAN


Dated: March 27, 2008        GREEN & HUMBERT


By: /s/C. Mark Humbert
C. Mark Humbert
Attorneys for Defendant
ASSOCIATED MATERIALS
INCORPORATED dba ALSIDE INC

-1-
STIPULATION AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER

Case No.: C 07-03682 HRL

# **ORDER**

In light of the parties' stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

The Court terminates all pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: March 31, 2008

_____
UNITED STATES DISTRICT JUDGE